FILED

APR 23 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    )<br>    Plaintiffs, )<br>    )<br>vs. )<br>    )<br>MIGUEL PARA-ROSAS )<br>    )<br>    Defendant. ) | No CR-10-287-AWI<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on APRIL 23, 2012 TO 22 MONTHS, (TIME SERVED)

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH . A certified Judgment and Commitment order to follow.

DATED: 4-23-12

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1